**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| Estate of Arthur Vidrich, by and through Christopher Vidrich as Personal Representative et al, <br><br> Plaintiffs, <br><br> v. <br><br> Continental Care and Rehabilitation Center (d/b/a); Sweetwater Butte Opco, LLC et al, <br><br> Defendants. | Case No. 2:21-cv-00001-BMM <br><br> **ORDER** |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 63), IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits, with prejudice, each party to pay their own costs.

DATED this 26th day of April 2021.

Brian Morris, Chief District Judge
United States District Court